LOCAL UNION NO. 14, ETC., PLAINTIFF-PETITIONER, v. THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, ETC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Harry Indursky* and *Mr. John Drewen* for the petitioner.

*Messrs. Brogan & Wolff* and *Mr. Robert H. Wall* for the respondents.

June 2, 1960. Denied.

VILLAGE OF RIDGEFIELD PARK, PLAINTIFF-RESPONDENT, v. BERGEN COUNTY BOARD OF TAXATION, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Milton T. Lasher, Mr. David D. Furman, Mr. Theodore I. Botter, Mr. Everett I. Smith* and *Mr. James A. Major* for the petitioners.

June 2, 1960. Granted.